FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JAN 24 PM 2: 54
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD ALVIN MURRAY | ) | INDICTMENT NO. CR609-00059-001 |

## ORDER

Before the Court is a Motion for Credit for Time Served on Ronald Alvin Murray. On July 6, 2009, Murray was arrested by state authorities for conduct which was unrelated to the instant federal matter. He was transferred to the custody of the United States Marshals Service on July 20, 2009, and on February 2, 2010, this Court sentenced Murray to a period of confinement. Following sentencing, Murray was returned to the custody of state authorities to address the unrelated criminal conduct for which he was arrested on July 6, 2009. On December 20, 2011, Murray was transferred from state custody into federal custody to begin service of the federal sentence imposed by this Court on February 2, 2010.

Murray has now filed a motion requesting the Court to grant him credit toward his federal sentence him for the time that he served in state custody. "A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences... that has not been credited against another sentence." 18 U.S.C. § 3585. Murray received credit toward his state custodial sentence for unrelated criminal conduct for all of the time that he served from July 6, 2009, until he was transferred into federal custody on December 20, 2011; therefore, he is not entitled to credit toward his federal sentence for the same period of time that was credited toward his state sentence. Accordingly, Murray's Motion for Credit for Time Served is DENIED.

SO ORDERED, this 24 day of January, 2013.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia